BEFORE THE FIRST DIVISION, MAY 5, 1960

No. 64137.—S. H. Kress & Co. *v.* United States, protests 279695–K, etc. (Seattle).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.